Argued and submitted July 13, reversed and remanded in part for award of attorney fees, otherwise affirmed September 2, 1987

In the Matter of the Compensation of
Bruce A. Hatleli, Claimant.
HATLELI,
*Petitioner,*

*v.*

McKAY'S INC. et al,
*Respondents.*

(WCB 85-02089, 85-04106, 85-07657, 85-07658; CA A41820)

741 P2d 931

James L. Edmunson, Eugene, argued the cause for petitioner. On the brief were Karen M. Werner and Malagon & Moore, Eugene.

Constance Lynn Wold, Beaverton, argued the cause and filed the brief for respondents Food Value IGA and Wausau Insurance.

Darrell E. Bewley, Assistant Attorney General, Salem, waived appearance for respondents SAIF Corporation and McKay's, Inc.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

As Wausau Insurance concedes, claimant in this workers' compensation case is entitled to an award of attorney fees for Wausau's untimely denial of responsibility for the claim. *Spivey v. SAIF,* 79 Or App 568, 720 P2d 755 (1986). In all other respects, the Board's order is affirmed.

Reversed and remanded in part for an award of attorney fees; otherwise affirmed.